In the Matter of the Appraisal under the Transfer Tax Act of the Property of MARY ANN MURPHY, Deceased.

WILLIAM E. MURPHY, Executor, Appellant; THE COUNTY TREASURER OF KINGS COUNTY, Respondent.

*Matter of Murphy*, 32 App. Div. 627, affirmed.
(Submitted October 5, 1898 ; decided October 25, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made June 14, 1898, affirming a decree of the Surrogate's Court of the county of Kings fixing the amount of the transfer tax upon the property of Mary Ann Murphy, deceased.

*John H. Kemble* and *George K. Jack* for appellant.

*Robert B. Bach* for respondent.

Order affirmed, with costs; no opinion.
All concur.

———

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CATHOLIC UNION OF THE CITY OF ALBANY, Appellant, *v.* WILLIAM SAYLES, WILLIAM J. WEAVER and JAMES McINTYRE, as Assessors of the City of Albany, Respondents.

*People ex rel. Catholic Union v. Sayles*, 32 App. Div. 203, affirmed.
(Argued October 5, 1898; decided October 25, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 12, 1898, reversing an order of Special Term directing that the assessment of the property belonging to appellant be stricken from the assessment roll of the city of Albany.

*John T. McDonough* and *James F. Tracey* for appellant.

*John A. Delehanty* for respondents.

Order affirmed, with costs, on opinion below.
All concur.